IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JACQUELINE GAIL PAINTER,

    Plaintiff,

v.              CIVIL ACTION NO. 2:17-cv-04435

NANCY A. BERRYHILL,

    Defendant.

## ORDER

This action was referred to United States Magistrate Judge Cheryl A. Eifert for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On October 19, 2018, Judge Eifert submitted her Proposed Findings of Fact and Recommendation [ECF No. 15] ("PF&R"), recommending the court deny Plaintiff's request for judgment on the pleadings [ECF No. 12]; grant the Commissioner's request for judgment on the pleadings [ECF No. 13]; affirm the decision of the Commissioner; and dismiss this action, with prejudice, and remove it from the docket. No objections to Judge Eifert's PF&R have been filed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **DENIES** Plaintiff's request for judgment on the pleadings [ECF No. 12]; **GRANTS** the Commissioner's request for judgment on the

pleadings [ECF No. 13]; **AFFIRMS** the decision of the Commissioner; and **DISMISSES** this action **with prejudice**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: November 9, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE